**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-20496-KMW

DOUG LONGHINI,

    Plaintiff,

v.

SPG DORAL LAND PARTNERS, LLC, a
Foreign Limited Liability Company; and
SPG DORAL RETAIL PARTNERS, LLC,
a Foreign Limited Liability Company,

    Defendants.

    _____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, DOUG LONGHINI, and Defendants, SPG DORAL LAND PARTNERS, LLC and SPG DORAL RETAIL PARTNERS, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

    Respectfully submitted this 12th, day of May, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jonathan F. Claussen* |
| ANTHONY J. PEREZ | JONATHAN F. CLAUSSEN |
| Florida Bar No.: 535451 | Florida Bar No.: 0829501 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | J CLAUSSEN LAW, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 1801 Soth Federal Highway |
| Miami, FL 33155 | Suite 100 |
| Telephone: (305) 553- 3464 | Boca Raton, FL 33432 |
| Facsimile: (305)553-3031 | Telephone: (561) 529-6000 |
| Primary Email: ajperez@lawgmp.com | Primary Email: jc@jclaussenlaw.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**

*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
bvirues@lawgmp.com; ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez*_____
       ANTHONY J. PEREZ