IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOUG LONGHINI | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 20-cv-20496-KMW |
| | ) |
| V. | ) |
| | ) |
| SPG DORAL LAND PARTNERS, LLC and DORAL RETAIL PARTNERS, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STIPULATION OF SETTLEMENT and FOR DISMISSAL WITH PREJUDICE**

**NOW COMES** Plaintiff, DOUG LONGHINI, and Defendants, SPG DORAL LAND PARTNERS, LLC and DORAL RETAIL PARTNERS, LLC, (collectively "the Parties"), by and through their collective undersigned counsel, hereby advise the Court that the above-styled action has been amicably settled in accordance with the Settlement Agreement and Mutual Release dated June 2, 2020, and the Parties stipulate, agree and request that the Court enter an order dismissing Plaintiff's Complaint with prejudice and with each party to bear its own attorneys' fees and costs.

July 2, 2020                                                   July 2, 2020

*/s/ Anthony J. Perez*                         */s/Jonathan F. Claussen*
Anthony J. Perez, P.L.                      Jonathan F. Claussen, Esq.
Florida Bar No.                               Fla. Bar No. 0829501
Garcia-Menocal & Perez, P.L.             J Claussen Law, P.A.
Attorneys for Plaintiff                       Attorneys for Defendants
4937 SW 74th Court                        1801 South Federal Highway, Suite 100
Miami, FL 33155                            Boca Raton, FL 33432
Tel: (305) 553-3464                         Tel: (561) 529-6000
ajperez@lawgroup.com                  JC@JClaussenlaw.com